IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT P. SMITH, III,** )<br>)<br>Petitioner,     )<br>)<br>v.          )<br>)<br>)<br>**JAMES ROWLAND, et al.,**  )<br>)<br>Respondent.    )<br>)<br>_____ ) | **CV F 97-6204 REC WMW HC**<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION FILED MAY 16, 2005 AND GRANTING EXTENSION OF TIME TO FILE NOTICE OF APPEAL**<br><br>[Doc. 101, 102] |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

  On December 8, 2004, the Magistrate Judge issued findings and recommendations that this action be dismissed for failure to follow a court order. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. On February 8, 2005, the court granted Petitioner's request for an extension of time until March

11, 2005, to file objections to the findings and recommendations. No objections were filed. On May 4, 2005, the district judge adopted the findings and recommendations and dismissed this case with prejudice.

On May 16, 2005, Petitioner filed a motion for reconsideration. In his motion, Petitioner states that, "the basis for the District Judge's adoption of the December 8, 2005 [sic] findings and recommendations that my petition be dismissed was my failure to comply with an apparent order of this Honorable Court, issued February 8, 2005, requiring me to file objections to said findings and recommendations by March 11, 2005." Petitioner then claims that the reason that he did not comply with the February 8th order was that he never received a copy of it, and discusses at length his problems in receiving his legal mail.

Petitioner proceeds from a false premise. As expressly stated in the court's findings and recommendations entered December 8, 2004, the basis for the dismissal of this action was Petitioner's repeated refusal to comply with orders of this court requiring him to file a second amended petition. The fact that Petitioner did not file objections to the findings and recommendations was not the reason on which the court dismissed this case. Accordingly, Petitioner's discussion of his failure to receive legal mail provides no basis for reconsideration in this case.

In addition, Petitioner discusses his other lawsuits pending before this court and the Ninth Circuit Court of Appeals, and argues that reconsideration is warranted in this case because issues in this case are now on appeal. The court finds nothing in Petitioner's arguments which would form a legitimate basis for Petitioner's refusal to file a second amended petition in compliance with the court's multiple orders instructing him to do. The court concludes, therefore, that this argument also provides no basis for reconsideration.

Accordingly, it is HEREBY ORDERED that:

1. Petitioner's motion for reconsideration of the court's order dismissing this case with prejudice and the judgment entered May 4, 2005, is DENIED; and

2.  Petitioner's motion for an extension of time to file his notice of appeal is GRANTED and Petitioner is granted an extension of time of ten (10) days after service of this order within which to file his notice of appeal.

IT IS SO ORDERED.

Dated:  **June 9, 2005**              /s/ Robert E. Coyle
668554                              UNITED STATES DISTRICT JUDGE

3