IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SMITH, III, | No. CV-F-97-6204 REC/WMW HC |
| Petitioner, | CERTIFICATE OF APPEALABILITY |
| vs. | |
| E.S. ALAMEIDA, JR., | |
| Respondent. | |

    The court hereby issues a certificate of appealability with respect to the following issue, the court concluding that petitioner has made a substantial showing of the denial of a constitutional right:

    1.  Whether the district court's rulings in this action deprived petitioner of fundamentally fair proceedings, leading to the dismissal of his petition for writ of habeas corpus with prejudice and the denial of petitioner's motion for reconsideration.

///

1

1  IT IS SO ORDERED.

2  668554**Dated:  October 19, 2005**          **/s/ Robert E. Coyle**
                                              UNITED STATES DISTRICT JUDGE